UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BROOKE HUNT**                                                                                    **PLAINTIFF**

v.                                          No. 4:20-cv-1230-JM

**STATE FARM MUTUAL**
**AUTOMOBILE ASSOCIATION**                                                **DEFENDANT**

### ORDER

The parties have settled their dispute, and the case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of March, 2021.

_____
James M. Moody Jr.
United States District Judge